# EXHIBIT B

JOHN MORELLI, CITY ATTORNEY
CITY OF TRENTON
DEPARTMENT OF LAW
319 East State Street, Room 300
Trenton, New Jersey 08608
(609) 989-3011 (telephone)
(609) 989-4242 (facsimile)
By: Rashaan S. Williams, Assistant City Attorney
Attorney for Defendant(s) City of Trenton

------------------------------------------------------------------

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| Plaintiff(s)<br><br>Jamal A. Barlow<br>v.<br><br>Defendant(s)<br><br>Tara Dzurkoc, John Doe Officers, 1-10, City of Trenton, U.S Marshals Task Force, John Doe, 1-10, Individually Jointly and Severally | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION<br>MERCER COUNTY<br>DOCKET NO.: MER-L-1616-20<br><br>**CIVIL ACTION**<br><br>**NOTICE TO CLERK OF SUPERIOR COURT OF FILING OF NOTICE OF REMOVAL** |
|---|---|

TO:   Clerk, Superior Court
      Law Division
      Mercer County Courthouse
      209 S. Broad Street
      P.O. Box 8068
      Trenton, New Jersey 08650

SIR OR MADAM:

**PLEASE TAKE NOTICE** that Defendant, City of Trenton, have filed a Notice of

Removal of the above-captioned action in the United States District Court for the District of New

Jersey. Attached hereto is a copy of the Notice of Removal of this case and the Notice to

Adverse Party of Filing of Notice of Removal.

JOHN MORELLI, Esquire
319 East State Street
Trenton, NJ 08608
(609) 989-3004
Attorney for Defendants

By: _____
Rashaan S. Williams, Assistant City Attorney
Attorney ID 010012004

DATED: October 22, 2020