# EXHIBIT C

**JOHN MORELLI, CITY ATTORNEY**
**CITY OF TRENTON**
**DEPARTMENT OF LAW**
319 East State Street, Room 300
Trenton, New Jersey 08608
(609) 989-3011 (telephone)
(609) 989-4242 (facsimile)
By: Rashaan S. Williams, Assistant City Attorney
Attorney for Defendant(s) City of Trenton

---

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| Plaintiff(s)<br><br>Jamal A. Barlow<br>v.<br><br>Defendant(s)<br><br>Tara Dzurkoc, John Doe Officers, 1-10, City of Trenton, U.S Marshals Task Force, John Doe, 1-10, Individually Jointly and Severally | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION<br>MERCER COUNTY<br>DOCKET NO.: MER-L-1616-20<br><br>**CIVIL ACTION**<br><br>**CERTIFICATION OF SERVICE** |
|---|---|

I, **Rashaan S. Williams**, of full age do hereby certify:

1. I am an Assistant City Attorney for the Defendant City of Trenton, and as such have the responsibility to defend the City in this matter and am fully aware of the facts and circumstances of this matter.

2. I caused a true and correct copy of Defendants' Notice of Removal, Notice to Clerk of Superior Court of Filing of Notice of Removal; and Notice to Adverse Party of Filing of Notice of Removal to be served upon Kendall Murphy, Esq, attorney for Plaintiff, Jamal A. Barlow.

I hereby certify that the foregoing statements are true. I am aware that if any of the foregoing statements of fact is willfully false, I am subject to punishment.

_____
Rashaan S. Williams, Esq

DATED: November 5, 2020