UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMAL A. BARLOW<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF TRENTON<br><br>Defendant. | Civ. Action No.  20-cv-15594 (KSH)<br><br><br><br><br>**Order for dismissal**<br>**Pursuant to L. Civil Rule 41.1** |

**Katharine S Hayden, U.S.D.J.**

It appearing to the Court that the above case has been pending for more than 90 days without any proceeding having been taken therein, and no objection having been entered at a call of the calendar,

It is on this 26th day of February, 2021

**O R D E R E D** that the above case be and the same hereby is dismissed in accordance with L. Civ. R. 41.1 without prejudice and without cost to either party.

s/ Katharine S. Hayden
Hon. Katharine S. Hayden
United States District Judge