THOMAS J. MALLON, ESQ.
Attorney-at-Law
86 Court Street
Freehold, NJ 07728
(732) 780-0230
Attorney for Plaintiff Jamal A. Barlow

---

| | |
|---|---|
| **JAMAL A. BARLOW,** | UNITED STATES DISTRICT COURT |
|    Plaintiff | DISTRICT COURT OF NEW JERSEY |
|    vs. | Civil Action No.: 20-15594 (KSH-CLW) |
| **CITY OF TRENTON;** | |
| **TARA DZURKOC,** | **STIPULATION OF VOLUNTARY** |
| member of the City of Trenton Police Department and/or the U.S. Marshall's New York/New Jersey Regional Fugitive Task Force; | **MUTUAL DISMISSAL WITH PREJUDICE** |
| **TROOPER PAUL COSTA**, member of the New Jersey State Police and/or the U.S. Marshall's New York/ New Jersey Regional Fugitive Task Force; and | |
| **JOHN DOES 1-10** (fictitious individuals), members of the City of Trenton Police Department and/or the U.S. Marshall's New York/New Jersey Regional Fugitive Task Force and/or the New Jersey State Police and/or other municipal, state and/or federal law enforcement agencies; | |
| **SHEILAH COLEY,** Police Director; and **JOHN DOES 11-20** (fictitious individuals), Personnel of the City of Trenton Police Department and/or the U.S. Marshall's New York/New Jersey Regional Fugitive Task Force and/or the New Jersey State Police in supervisory capacities; | |
|    Defendants. | |

It is hereby stipulated and agreed as between Thomas J. Mallon, attorney for Plaintiff Jamal A. Barlow and Rashaan S. Williams, attorneys for Defendants City of Trenton and Police Director Sheilah Coley; Christopher Volpe, attorney for Defendants Tara Dzurkoc, and Braheme L. Days, attorney for Defendant Paul Costa , that all claims of Plaintiff Jamal A. Barlow, as against the named Defendants, City of Trenton; Police Director Sheilah Coley; Tara Dzurkoc, and Paul Costa, be and hereby are voluntarily dismissed with prejudice, and without costs to any party.

*/s/ Rashaan S. Williams*
Rashaan S. Williams, Esq.
City of Trenton Law Dept.
Attorney for Defendants City of Trenton
and Police Director Sheilah Coley

*/s/Christopher Volpe*
Christopher Volpe, Assistant United States Attorney
Attorney for Defendant Tara Dzurkoc

*/s/ Braheme L. Days*
Braheme L. Days
Attorney for Defendant Paul Costa

*/s/ Thomas J. Mallon*
Thomas J. Mallon
Attorney for Plaintiff Jamal A. Barlow

DATE: December 18, 2023

**So Ordered this 18th day of December, 2023.**
*s/ Katharine S. Hayden*
**Hon. Katharine S. Hayden, U.S.D.J.**